

ORDERED in the Southern District of Florida on December 2, 2025.



       **Erik P. Kimball**
       **United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flmb.uscourts.gov

BRIAN RYNIKER,

    Plaintiff,                               Case No.: 25-00102-EPK

v.

MARCO PACELLI,

    Defendant.
_____/

**ORDER FOR ATTORNEYS' FEES**
**AGAINST MARCO PACELLI FOR VIOLATING THIS COURT'S ORDERS**

THIS MATTER came before this Court for hearing on October 22, 2025, at 10:00 a.m. (EST) pursuant to this Court's *Order Finding Marco Pacelli in Contempt and Imposing Sanctions for Violating this Court's Orders* (Dkt. No. 22; "**Order to Show Cause**").

    1.       On September 30, 2025, Plaintiff served Defendant, Marco Pacelli ("**Defendant**")

with an Affidavit Regarding Attorneys' Fees and Costs (Dkt. No. 29; "**Fee Affidavit**") related to litigation costs, expenses and fees incurred from March 6, 2025, through September 11, 2025 associated with the Motion to Compel Deposition Attendance (Dkt. No. 7) related to the attempts to secure the Rule 7030 Examination Duces Tecum of Defendant.

2. Defendant had two weeks to file a written objection to the Fee Affidavit, as to the reasonableness of the fees, but not the basis for awarding fees.

3. No objection was filed within two weeks of service of the Fee Affidavit on Defendant.

The Court being advised in the premises, and for the reasons announced in open Court, it is

**ORDERED** that

4. The Defendant is ordered to pay fees and costs to Underwood Murray, P.A totaling $11,492.80 identified in the Fee Affidavit, for which let execution lie.

5. This Court reserves jurisdiction related to additional requests for attorney fees and costs associated with the Motion to Compel Deposition Attendance (Dkt. No. 7) and attempts to secure the Rule 7030 Examination Duces Tecum of Defendant.

###

*Megan W. Murray, Esquire, is directed to serve a copy of this order on all interested parties who do not receive service via CM/ECF and file proof of service within three (3) days of entry of the order.*